UNITED STATES DISTRICT COURT

Northern District of California

MICHELE FOTINOS,                                           No. C 12-3828 MEJ

          Plaintiff,                                  **ORDER TO SHOW CAUSE**

   v.

LAURIE SILLS, et al.,

          Defendants.
_____/

On August 13, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of September 27, 2012. Dkt. No. 4. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the September 27 hearing and ORDERS Plaintiff Michele Fotinos to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 6, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on September 20, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 29, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge