1
2
3
4                      UNITED STATES  DISTRICT COURT
5                       Northern District of California
6
7    MICHELE FOTINOS,                          No. C 12-3828 MEJ
8                  Plaintiff,                   **ORDER DISCHARGING ORDER TO
           v.                                   SHOW CAUSE**
9
     LAURIE SILLS, et al.,                      **ORDER RE: EX PARTE MOTION TO
10                                              STRIKE MOTION TO DISMISS**
                 Defendants.
11   _____/

12

13        On August 29, 2012, the Court ordered Plaintiff Michele Fotinos to show cause why this

14   case should not be dismissed for failure to file an opposition to Defendants' pending motion to

15   dismiss.  Having received Plaintiff's response, the order is DISCHARGED.  Plaintiff has now filed

16   an Application to Strike the motion to dismiss.  Dkt. No. 12.  Defendants shall file any opposition to

17   Plaintiff's application by September 20, and Plaintiff shall file any reply by September 27.  Upon

18   review of the parties' briefing, the Court shall determine if a hearing is necessary.  Upon resolution

19   of Plaintiff's application, the Court shall establish a briefing and hearing schedule for Defendants'

20   motion to dismiss, if necessary.

21        **IT IS SO ORDERED.**

22

23   Dated: September 7, 2012

24                                              _____
                                                Maria-Elena James
25                                              Chief United States Magistrate Judge

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**