UNITED STATES DISTRICT COURT

Northern District of California

MICHELE FOTINOS,                                    No. C 12-3828 MEJ

           Plaintiff,                          **ORDER RE: DAVID BOYES**

  v.

LAURIE SILLS, et al.,

           Defendants.

_____/

On July 23, 2012, Plaintiff Michele Fotinos filed this case against Defendants Laurie Sills and David Boyes. However, there is no indication that Defendant David Boyes has been served. As there are pending motions to dismiss and remand, the Court ORDERS Plaintiff to file a status report regarding service upon David Boyes by October 11, 2012.

**IT IS SO ORDERED.**

Dated: October 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge