UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHELE FOTINOS,<br><br>  Plaintiff,<br>  v.<br><br>LAURIE SILLS, et al.,<br><br>  Defendants.<br>_____/ | No. C 12-3828 MEJ<br><br>**ORDER RE: MOTION TO DISMISS BRIEFING (DKT. NO. 4)** |

Pending before the Court is Defendant Laurie Sells' Motion to Dismiss, which Sells filed over two months ago. Dkt. No. 4. Although Plaintiff Michele Fotinos has had over two months to file an opposition (*see* Dkt. No. 24), she waited until the day after her opposition was due to file a request for additional time. Dkt. No. 31. Plaintiff's request is GRANTED. Any opposition must be filed by October 16, 2012 at noon. Defendant's reply shall be due August 23, 2012 at noon. The Court shall conduct a hearing on November 1, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that failure to comply with this Court's rules and orders, as well as Federal Rule of Civil Procedure 11, may result in the imposition of sanctions.

  **IT IS SO ORDERED.**

Dated: October 15, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge