UNITED STATES DISTRICT COURT

Northern District of California

MICHELE FOTINOS,                                    No. C 12-03828 MEJ

               Plaintiff(s),                **ORDER VACATING HEARING**

  v.

LAURIE SILLS,

               Defendant(s).
_____/

This matter is currently scheduled for a hearing on November 1, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the November 1 hearing. The Court shall issue an order forthwith.

    **IT IS SO ORDERED.**

Dated: October 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge