| | |
|---|---|
| 1 | STEPHEN J. SHERMAN, (State Bar No. 142358) |
| | HALVERSON & ASSOCIATES |
| 2 | 57 Post Street, Suite 900 |
| | San Francisco, CA 94104 |
| 3 | Telephone (415) 986-7300 |
| | Facsimile (415) 398-8715 |
| 4 | |
| 5 | Attorneys for Defendant |
| | DAVID BOYES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHELLE FOTINOS, individually and as guardian ad litem on behalf of R.F., a minor child,

Plaintiff,

v.

LAURIE SILLS, in her individual and official capacities, DAVID BOYES, and DOES 1 through 10, inclusive,

Defendants.

Case No. CV-12-03828 MEJ

STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT OF DEFENDANT DAVID BOYES

Judge: Hon. Marie-Elena James
Chief Magistrate Judge

# STIPULATION

Plaintiff MICHELLE FOTINOS, individually and as guardian ad litem on behalf of R.F., a minor child and Defendant David Boyes, by and through their respective counsel, hereby enter into this stipulation to vacate any default entered into against Defendant BOYES and allow Defendant to file a responsive pleading to Plaintiffs' Complaint.

WHEREAS, on or about July 23, 2012, Plaintiff filed her Complaint and Demand for Jury Trial in this matter;

WHEREAS, on the afternoon of October 12, 2012, Stephen Sherman, counsel for Defendant, left a detailed telephone message for Patricia Barry, counsel for Plaintiff, indicating that Defendant had recently retained his firm as counsel, inquiring about the status of service, and requesting a brief continuance in order to file a timely responsive pleading to Plaintiff's Complaint;

WHEREAS, Plaintiffs' counsel did not receive the telephone message from Defendant's counsel until October 13, 2012;

WHEREAS, on the evening of October 12, 2012, following the telephone message from Defendant's counsel, Plaintiff's counsel prepared and submitted to this Court documents in support of an entry of default against Defendant;

WHEREAS, on November 1, 2012, this Court is scheduled to hear a Motion to Dismiss Plaintiff's Complaint by Defendant LAURIE SILLS and Plaintiff's opposition has included a request for leave to amend her Complaint;

WHEREAS, the interests of justice and judicial economy would be served to allow Defendant BOYES to file a responsive pleading to Plaintiff's Complaint and such a response should await this Court's determination of the pending Motion to Dismiss;

///

///

2

STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT OF DEFENDANT DAVID BOYES
Case No. CV-12-03828 MEJ

THE PARTIES HEREBY STIPULATE to the following:

1. The Entry of Default Against Defendant David Boyes be vacated by this Court.

2. Defendant David Boyes be allowed to file a responsive pleading to Plaintiff's original Complaint within seven (7) days of this Court's decision to deny the pending Motion to Dismiss.

3. Defendant David Boyes be allowed file a timely responsive pleading to Plaintiff's First Amended Complaint in the event this Court grants the pending Motion to Dismiss with leave to amend.

Dated: October __, 2012

HALVERSON & ASSOCIATES

Stephen J. Sherman, Esq.
Attorneys for Defendant
DAVID BOYES

Dated: October __, 2012

Patricia J. Barry, Esq.
Attorneys for Plaintiff
MICHELLE FOTINOS

## ORDER

Having considered the above stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated: November 9, 2012

Hon. Marie-Elena James
Chief Magistrate Judge

---

STIPULATION AND [PROPOSED] ORDER TO VACATE DEFAULT OF DEFENDANT DAVID BOYES