UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MICHELE FOTINOS, <br><br>　　　　　　Fotinos, <br>　　v. <br><br>LAURIE SILLS, et al., <br><br>　　　　　　Defendants. <br>_____/ | No. C 12-3828 MEJ <br><br>**ORDER RE: REQUEST FOR ENTRY OF JUDGMENT (DKT. NO. 54)** |

On December 19, 2012, Plaintiff filed an ex parte request for entry of judgment. Dkt. No. 54. The Court hereby ORDERS Defendants to file any objections to Plaintiff's request by December 28, 2012.

**IT IS SO ORDERED.**

Dated: December 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge